**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-17532** |
| **Sarah Anne Washco** | : | **Chapter 13** |
| | : | **Judge Jean K. FitzSimon** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Specialized Loan Servicing LLC as** | : | **Date and Time of Hearing** |
| **serving agent for Government Loan** | : | **Place of Hearing** |
| **Securitization Trust 2011-FV1, U.S.** | : | **August 27, 2019 at 10:30 a.m.** |
| **Bank Trust National Association, not in** | : | _____ |
| **its individual capacity but solely as** | : | **U.S. Bankruptcy Court** |
| **Delaware trustee and U.S. Bank** | : | **900 Market Street, Courtroom #3** |
| **National Association, not in its** | : | **Philadelphia, PA, 19107** |
| **individual capacity but solely as Co-** | : | |
| **Trustee.** | | |

         **Movant,**

 vs

**Sarah Anne Washco**
**Joseph R Washco**

**Scott F. Waterman (Chapter 13)**
         **Respondents.**

## ORDER OF COURT

   AND NOW, this \_\_\_\_\_ day of _____, 20\_\_\_, upon consideration of the Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing LLC as serving agent for Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay and Co-Debtor Stay be and hereby is terminated as it affects the interest of Specialized Loan Servicing LLC as serving agent for Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee. in and to the Real Property of Debtor located at 2118 Delmar Drive, Folcroft, PA 19032 and more particularly described in the Mortgage, recorded August 5, 1999, at Instrument Number 063653.

19-008448_FXF

      Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

                                            BY THE COURT

                                            _____
                                            JEAN K. FITZSIMON, JUDGE
                                            UNITED STATES BANKRUPTCY COURT

19-008448_FXF