UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

SARAH ANNE  WASHCO

                                               : Bankruptcy No. 18-17532JKF
          Debtor(s)                    : Chapter 13

<u>Order Dismissing Chapter 13 Case and</u>
<u>Directing Counsel to File Master Mailing List</u>

        AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

        ORDERED, that any wage orders are hereby vacated.

**Date: July 31, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

PRO SE DEBTOR(S)
See Debtor Label
    -

SARAH ANNE  WASHCO
2118 DELMAR DR
FOLCROFT, PA 19032